## Commonwealth *v.* Cloud, Appellant.

Argued September 14, 1970. *Peter S. Thompson,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.